IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 6:18-CR-30-JRG-KNM |
| | § | |
| BRANDY ANN FILLYAW | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge K. Nicole Mitchell regarding defendant's plea of guilty to Count 2 of the Indictment, charging a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute and Distribution of Methamphetamine. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on August 28, 2018, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds defendant **GUILTY** of Count 2 of the Indictment in the above-numbered cause.

**So ORDERED and SIGNED this 30th day of August, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE